CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DALE GILES,<br>Petitioner, | Civil Action No. 7:15-cv-00059 |
| v. | FINAL ORDER |
| CHRISTOPHER ZYCH,<br>Respondents. | By: Hon. Michael F. Urbanski<br>United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the United States' motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**; and the case is **STRICKEN** from the active docket.

ENTER: This 14th day of March, 2016

/s/ Michael F. Urbanski
United States District Judge